```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0005--CR (JWS)
                  "USA V BRIAN K. BROWN JR"
                  DEF 1.1 BROWN, BRIAN K. JR.

        Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  01/19/05
            Closed:  NO
No. of Defendants:  1
    MJ Case Number:
               AKA:
   Location status:  U.S. Custody
        Trial date:
        Terminated:  NO
Needs interpreter:  NO
  Counsel of record: Kevin F. McCoy
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 BROWN, BRIAN K. JR.

Document           Count     Citation and Description                            Disposition
─────────          ─────     ────────────────────────                            ───────────
   1 -   1 IND       1       21:841(a)(1) and (b)(1)(A) DISTRIBUTION OF COCAINE  Pending
                             BASE (F)
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0005--CR (JWS)
                               "USA V BRIAN K. BROWN JR"

                                    For all filing dates


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 01/19/05
             Closed: NO
No. of Defendants: 1


 Document #    Filed    Docket text
 ──────────    ─────    ───────────
 NOTE -  1    01/19/05  [Re: DEF 1] Issued WOA.

    1 -  1    01/19/05  [Re: DEF 1] PLF 1 Indictment.

    2 -  1    01/19/05  [Re: DEF 1] AHB Grand Jury Minutes; WOA to issue; no bail set (det per
                        18:3142).

    3 -  1    01/19/05  [Re: DEF 1] PLF 1 motion to seal case.

    4 -  1    01/19/05  [Re: DEF 1] AHB Order granting motion to seal case (3-1).  cc: USA

 NOTE -  2    03/31/05  [Re: DEF 1] USM Notice of Arrest; defendant arrested 3/30/05.

 NOTE -  3    03/31/05  Notation: Proposed Trial Date Setting for arr and Notice of Speedy Trial
                        Act ddlns to JWS.

    5 -  1    04/01/05  [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen/April Karper] re
                        Arr on Indt (held 3/31/05); govt oral mot to unseal case GRANTED; Kevin
                        McCoy (AFPD) appt'd; def plead NG to Ct 1; def detained; Det Hrg set for
                        4/6/05 at 3:00 pm; PTMs due 4/18/05; not trial date set.  cc: USA, FPD,
                        USM, USPO, Judge Sedwick

    6 -  1    04/01/05  [Re: DEF 1] Financial Affidavit.

    7 -  1    04/01/05  [Re: DEF 1] AHB Order of Detention Pending Hearing; det hrg set for
                        4/6/05 at 3:00 p.m.  cc: USA, FPD, USM, USPO

    8 -  1    04/01/05  [Re: DEF 1] AHB Order regarding preparation for trial; meet & confer
                        date set for 4/8/05; PTMs due 4/18/05.  cc: USA, FPD

    9 -  1    04/01/05  DEF 1 Attorney Appearance of K. McCoy (FPD).

   10 -  1    04/06/05  [Re: DEF 1] JWS Minute Order setting TBJ on 5/25/05 @ 9:00 a.m. & FPTC
                        on 5/25/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Branson, JC

   11 -  1    04/06/05  [Re: DEF 1] Return of WOA svc executed on 3/30/05.

   12 -  1    04/07/05  [Re: DEF 1] AHB Court Minutes [ECR: April Karper/Linda Christensen] re
                        Det Hrg (held 4/6/05); cont to 4/7/05 at 11:00 am.  cc: USA, FPD, USM,
                        USPO

   13 -  1    04/07/05  [Re: DEF 1] AHB Court Minutes [ECR: April Karper/Linda Christensen] re
                        Cont Det Hrg (held 4/7/05); def detained; wit/exh list att.  cc: USA,
                        FPD, USM, USPO

   14 -  1    04/07/05  [Re: DEF 1] AHB Order of Detention Pending Trial.

   15 -  1    04/28/05  [Re: DEF 1] AHB Minute Order plf to file a cert of discovery conf by COB
                        5/6/05. Plf to s/c why original ddln was not complied with.  cc: AUSA,
                        FPD
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0005--CR (JWS)
                              "USA V BRIAN K. BROWN JR"
```

|                        | For all filing dates |
|---|---|

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 04/29/05 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 17 - 1 | 05/18/05 | DEF 1 Notice of Intent to change plea. |
| 18 - 1 | 05/19/05 | [Re: DEF 1] JWS Minute Order the TBJ previously set 5/25/03 is rescheduled for a PCOP on 5/25/05 at 8:30 a.m. in Courtroom #3.  cc: AUSA, FPD, USM, USPO, MJ Branson, JC |
| 19 - 1 | 05/25/05 | {SEALED} |
| 20 - 1 | 06/08/05 | [Re: DEF 1] JDR Minute Order in light of retirement of MJ Branson & at the direction of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc: USA, FPD, Judge Sedwick |
| 21 - 1 | 07/22/05 | {SEALED} |
| 22 - 1 | 07/22/05 | {SEALED} |
| 23 - 1 | 10/27/05 | [Re: DEF 1] PLF 1 Unopposed motion to continue imposition of sentence on 11/4/05. |
| 24 - 1 | 10/28/05 | [Re: DEF 1] JWS Order granting unoppo mot to continue IOS on 11/4/05 (23-1); IOS reset to 1/26/06 @ 8:30 a.m.. cc: USA, FPD, USM, USPO |