TIMOTHY M. BURGESS
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:05-cr-005-(JWS) |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE IMPOSITION** |
| vs. | ) | **OF SENTENCE** |
| | ) | |
| BRIAN K. BROWN, JR. | ) | |
| | ) | **FILED ON SHORTENED** |
| Defendant. | ) | **TIME** |
| | ) | |
| | ) | |

COMES NOW, the United States, and moves this Court to continue the sentencing hearing for the above-captioned defendant, currently January 26, 2006. This motion is made because the defendant has been indicted in Case No. 3:06-cr-00005-(RRB) for crimes that have been included as part of the offense conduct in the pre-sentence report in the instant case.   The outcome of Case No. 3:06-cr-

00005-(RRB) will affect certain objections and sentencing calculations in the instant matter. For example, the defendant's new case charges him with Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c). The conduct that is the basis of such charge has been used by the pre-sentence writer in assessing a two-level firearm enhancement pursuant to U.S.S.G. § 2D1.1(b)(1). However, if the defendant is convicted of the violation of 18 U.S.C. § 924(c) in the new indictment, such enhancement may not be appropriate. See U.S.S.G. § 2K2.4, Application Note 4 (prohibiting application of weapons enhancement in underlying offense if the defendant was convicted of the crime of 18 U.S.C. § 924(c) based on the same facts). Moreover, the defendant has objected to the firearm enhancement found by the pre-sentence writer. The defendant's conviction or acquittal of such charge in the new indictment may have an impact in the Court's decision on whether to apply such enhancement. Thus, the outcome of the new indictment will have an impact on sentencing issues attendant in the instant case. Accordingly, the United States requests that the sentencing in this case be continued pending the outcome of Case No. 3:06-cr-005-(RRB).

 The undersigned has left a telephone message for defendant's counsel, Kevin McCoy, informing Mr. McCoy of the United States' position. The undersigned has not heard back from Mr. McCoy as to whether he opposes such

continuance. Based on the issues set forth above, the United States believes that such continuance is appropriate regardless of the defendant's position.

RESPECTFULLY SUBMITTED on January 19, 2006.

TIMOTHY M. BURGESS
United States Attorney

s/ Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2006,
a copy of the foregoing was served
electronically on

Kevin McCoy
Asst. Federal Public Defender

s/ Frank V. Russo