IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-005-(JWS) |
| | ) | |
| Plaintiff, | ) | **ORDER** (proposed) |
| | ) | |
| vs. | ) | |
| | ) | |
| BRIAN K. BROWN, JR. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Having considered the motion filed by the United States to continue the imposition of sentence in the above-captioned matter, the Court grants / denies the motion.  IT IS HEREBY ORDERED that the imposition of sentence in this case will be held on _____, 2006 at _____ a.m./p.m. The parties shall file their sentencing memoranda on _____.

**IT IS SO ORDERED**.

DATED this _____ of January 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE