IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-005-(JWS) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| BRIAN K. BROWN, JR. | ) | |
| Defendant. | ) | |

Having considered the motion filed by the United States to continue the imposition of sentence in the above-captioned matter, the Court **grants** the motion. IT IS HEREBY ORDERED that the imposition of sentence in this case will be held on **April 5**, **2006** at **8:30 a.m.**

The parties shall file their sentencing memoranda on **March 31, 2006**.

**IT IS SO ORDERED**.

DATED this 23rd day of January 2006, at Anchorage, Alaska.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE