MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*     v.     *BRIAN K. BROWN, JR.*

THE HONORABLE JOHN W. SEDWICK                    CASE NO. 3:05-cr-00005 (JWS)

PROCEEDINGS:     **ORDER FROM CHAMBERS**              Date:  March 2, 2006

The sentencing proceeding in this matter is **CONTINUED** from April 5, 2006 to **April 12, 2006,** at **8:30 AM.**