Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN KEITH BROWN, JR.,<br><br>    Defendant. | NO.   3:05-cr-0005-JWS<br><br>**NOTICE OF APPEAL** |

Brian Keith Brown, Jr. intends to appeal to the United States Court of Appeals for the Ninth Circuit from the judgment at Docket No. 31 in the above styled matter.

DATED at Anchorage, Alaska this 18th day of April 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:         907-646-3400
Fax:             907-646-3480
E-Mail:        kevin_mccoy@fd.org

Certification:
I certify that on April 18, 2006,
a copy of the *Notice of Appeal* was
served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy