UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | ORDER FOR TIME SCHEDULE |
| | ) | |
| | ) | CA No.: |
| Plaintiff- | ) | |
| | ) | DC No.: 3:05-cr-00005-JWS |
| | ) | |
| vs. | ) | District of Alaska |
| | ) | Notice of Appeal filed: April 18, 2006 |
| | ) | |
| | ) | ( ) CJA or F.P.    ( ) Paid Appeal |
| BRIAN K. BROWN, JR., | ) | ( ) Apptd Counsel (X) Fed Defender |
| | ) | ( ) Retained Counsel |
| Defendant(s)- | ) | ( ) Advisory Counsel only |
| | ) | ( ) On Bail        ( ) In custody |
| _____ | ) | ( ) _____ |

The parties, counsel, and court personnel, in the processing of this
appeal, will comply with the following time schedule:

1. If not exempt, the docket fee will be transmitted to the       IMMEDIATELY
   Clerk of the District Court

2. The date the transcript will be ordered from the court
   reporter. (If this case is under CJA, give the date that      5/9/06
   the order is to be given to the court reporter.)

3. The court reporter's transcript will be filed in the
   District Court                                                 6/8/06
   (Certificate of Record will be submitted to the court of
   Appeals by the Clerk of the District Court immediately
   upon the filing of the transcript. The Certificate of
   Record indicates  that the complete trial court record
   including designated transcripts is available for use of
    the parties.)

4. Appellants' opening brief and excerpts of record will be      7/18/06
   served and filed pursuant to Circuit Rules  32 and 31-2

5. The appellee's brief will be served and filed pursuant        8/17/06
   to Circuit Rules 32 and 31-2

6. The appellant's (optional) reply brief will be  served        8/31/06
   and filed pursuant to Circuit Rules 32 and 31-2

By direction of the Judicial Conference of the United States, this Court must
expedite criminal appeals. This time schedule must be adhered to without
exception. This appeal will be deemed ready for calendaring, on the first
available calendar, after the appellee's brief is filed.

NOTE: Cir. Rule 32 sets length              For the Court:
limitations on briefs. Cir. Rule
42-1 requires that this appeal              Cathy A. Catterson
may be dismissed if appellants              Clerk, U.S. Court of Appeals
brief is not timely filed.

                                            By:   Pam Richter
                                                  Deputy Clerk
                                                  U.S. District Court