UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

| U.S. Court of Appeals # | | U.S. District Court # | 3:05-cr-0005-JWS |
|---|---|---|---|
| Short Case Title/ | U.S. v. Brian K. Brown, Jr. | | |
| Date Notice of Appeal Filed by Clerk of District | | | 04/18/2006 (D#33) |

Section A - To Be completed by Party Ordering Transcript

RECEIVED
APR 24 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| 05/25/2005 | JC | Change of Plea Hearing |
| 04/12/2006 | RMC | OTHER: Imposition of Sentence |

(Attach Additional Page for Designations if Necessary)

( )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( )  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( )  I do not intend to designate any portion of the transcript and will notify Counsel of this intention.

(XX) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

| Date Transcript Ordered | 04/24/2006 | Estimated Date for Completion | six weeks |
|---|---|---|---|
| Signature of Attorney | | Phone Number | 646-3400 |
| Address | Kevin F. McCoy, Assistant Federal Defender | | |
| | 550 West 7th Avenue, Suite 1600 | | |
| | Anchorage, AK 99501 | | |

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
   (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements fo payment have not been made pursuant to FRAP 10 (b).
    Approximate Number of Pages _____ Due

Date _____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____   Court Reporter's Signature _____