MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*   v.   *BRIAN K. BROWN, JR.*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 3:05-cr-00005 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date: May 4, 2006

The motion to unseal record for purposes of transcription for use on appeal at docket 37, as further explained in the errata at docket 39, is **GRANTED.**