UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely



**CASE INFORMATION:**
Short Case Title: USA v Brian K. Brown, Jr.
Court of Appeals No. (leave blank if unassigned): **6-30249**
U.S. District Court Judge Name and Case No.: John W. Sedwick; 3:05-cr-00005-JWS
Date Complaint/Indictment/Petition Filed: 1/19/05
Date Appealed Order/Judgment *entered*: 4/17/06
Date NOA *filed*: 4/18/06
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: Robin Carter; (907) 677-6127

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __          Date Docket Fee billed: __
Date FP granted: __               Date FP denied: __
Is FP pending? no                 Was FP Limited/Revoked?
US Government Appeal?  no
Companion Cases? Please list:  3:06-cr-00005-JWS

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Kevin McCoy | Frank Russo |
| Federal Public Defender | Assistant U.S. Attorney |
| 550 W 7th Avenue, Suite 1600 | 222 W 7th Avenue, #9 |
| Anchorage, AK  99501 | Anchorage, AK  99513 |
| kevin_mccoy@fd.org | Frank.Russo@usdoj.gov |
| ph: 907-646-3400 | ph: 907-271-5071 |
| fax: 907-646-3480 | fax: 907-271-1500 |

__retained    __CJA    X FPD    __FPD    __Other Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __              Address: __
Custody: yes
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form:  Pam Richter
                                                        (907) 677-6125