**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED
MAY 11 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>BRIAN K. BROWN, JR., a.k.a. Breezy,<br><br>Defendant - Appellant. | Nos. 06-30248, 06-30249<br><br>D.C. No. CR-06-00005-JWS<br>District of Alaska, Anchorage<br><br>ORDER |



The appellant's motion to consolidate case Nos. 06-30248 and 06-30249 is granted. The previously established briefing schedule remains in effect.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 5.8