```
HER3X                *        PROGRESS REPORT              *        02-22-2008
PAGE                                                                08:51:39

RSP OF: HER HERLONG FCI              US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        741-925 ACCESS ROAD A-25
        HERLONG, CA 96113
        530 827-8000
NAME: BROWN, BRIAN K JR              REGNO: 15100-006 AGE(DOB): 24/11-28-1983
```

| INMATE REVIEWED/SIGNATURE | DATE 2/22/08 | STAFF SIGNATURE |
|---|---|---|

TYPE OF PROGRESS REPORT:
INITIAL ___ SIH ___ TRIENNIAL ___ PRE-RELEASE ___ TRANSFER ___ OTHER: ___

PRESENT SECURITY/CUSTODY LEVEL:
   MEDIUM   /IN

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

   21:841(A)(1) & (B)(1)(A) - DISTRIBUTION OF COCAINE BASE
      135 MONTHS                           /     5 YEARS

   18:924(C)(1)(A)(I) - POSSESSION OF FIREARMS IN FURTHERANCE
   OF DRUG TRAFFICKING
      60 MONTHS                            /     5 YEARS

DATE COMPUTATION BEGAN: 04-12-2006

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED:<br>+ JAIL CREDIT - INOP TIME |
|---|---|---|
| 0  /0  /0 | 108 | M:   22 D: 11<br>+ 378   JC - 0     INOP |

PROJECTED RELEASE DATE: 05-26-2019  |PROJECTED RELEASE METHOD: GCT REL

DETAINERS/PENDING CHARGES:
NONE ON FILE

CO-DEFENDANTS: None

-------------------------- INSTITUTIONAL ADJUSTMENT --------------------------

Inmate Brown arrived at FCI Herlong on June 14, 2006, as an initial classification. Inmate Brown has been able to adjust to the institutional environment and is not considered a management problem.

A.  PROGRAM PLAN: Unit Team has recommended that inmate Brown participate in the following Release Preparation courses immediately: Accelerated Reading Program, LCC College Courses, Physical Fitness, Career Choices, Living on a Budget, Community Resources, Conditions of Supervision, and Cognitive Thinking.

B.  WORK ASSIGNMENTS: Inmate Brown has been receiving good performance evaluations as a Hospital Orderly. He also recently started a pilot program within Health Services that allows him to gain experience as a Dental Assistant.

```
DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                        BP-CLASS-3
```

NAME:  BROWN, BRIAN K JR                REGNO: 15100-006

| INST | WORK ASSIGNMENT | | START DATE | STOP DATE |
|---|---|---|---|---|
| HER | HSA ORD | HOSPITAL ORDERLY | 01-02-2008 | CURRENT |
| HER | LAUNDRY | LAUNDRY | 10-17-2007 | 01-02-2008 |
| HER | COMPD AM | FCI COMPOUND AM | 07-23-2007 | 10-17-2007 |
| HER | VACATION | VACATION | 07-16-2007 | 07-23-2007 |
| HER | COMPD AM | FCI COMPOUND AM | 12-12-2006 | 07-16-2007 |
| HER | KITCHEN PM | KITCHEN P.M. | 10-25-2006 | 12-12-2006 |
| HER | DIN HAL PM | DINING HALL P.M. | 10-11-2006 | 10-25-2006 |
| HER | FS NEWASGN | FOOD SERVICE NEW ASSIGN | 10-11-2006 | 10-11-2006 |
| HER | COMPD AM | FCI COMPOUND AM | 07-11-2006 | 10-11-2006 |
| HER | DIN HAL AM | DINING HALL A.M. | 06-30-2006 | 07-11-2006 |
| HER | FS NEWASGN | FOOD SERVICE NEW ASSIGN | 06-27-2006 | 06-30-2006 |
| HER | A&O COMPLT | A&O COMPLETED | 06-21-2006 | 06-29-2006 |
| HER | A&O | A&O PARTICIPANT OR ENROLLED | 06-14-2006 | 06-21-2006 |
| SHE | FDC UNASSG | UNASSIGNED - FDC | 06-02-2006 | 06-13-2006 |

C. EDUCATIONAL/VOCATIONAL PARTICIPATION: Inmate Brown has completed several college level courses through Lassen County Community College. In addition, he has completed restaurant ownership, Spanish, fitness/body conditioning, communication class, general psychology, Greek mythology, anger management, and several recreational courses.

---------------------------- EDUCATION INFORMATION ----------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| HER | ESL HAS | ENGLISH PROFICIENT | 06-21-2006 1839 | CURRENT |
| HER | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-28-2006 0836 | CURRENT |

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| HER | ART APPRECIATION-LCC | 01-07-2008 | CURRENT | | | | |
| HER | ENGLISH PREREQUISITE-LCC | 01-07-2008 | CURRENT | | | | |
| HER | BASIC WRITING-LCC | 08-20-2007 | CURRENT | | | | |
| HER | HUMAN SERVICES-SUB TREAT LCC | 01-07-2008 | CURRENT | | | | |
| HER | MATH 102-LCC | 08-20-2007 | CURRENT | | | | |
| HER | MATH 51(AA DEGREE)-LCC | 01-07-2008 | CURRENT | | | | |
| HER | POLITICAL SCIENCE-LCC | 08-20-2007 | CURRENT | | | | |
| HER | BUSINESS OWNERSHIP (RPP3) | 08-14-2007 | 09-06-2007 | P | C | P | 24 |
| HER | VOCABULARY I (RPP6) | 10-01-2007 | 10-24-2007 | P | C | P | 16 |
| HER | BEGINNING CHESS (RPP6) | 10-09-2007 | 12-17-2007 | P | C | P | 10 |
| HER | DRUG EDUCATION - 30HR (RPP1) | 10-25-2007 | 11-28-2007 | P | C | P | 30 |
| HER | BASIC ALGEBRA (RPP6) | 07-31-2007 | 09-20-2007 | P | C | P | 12 |
| HER | INTRO TO SOC-LCC | 06-14-2007 | 08-17-2007 | C | C | P | 0 |
| HER | ANGER MANAGEMENT I (RPP6) | 08-02-2007 | 08-02-2007 | P | C | P | 10 |
| HER | PRINCIPLES OF PSYCH-LCC | 01-18-2007 | 07-05-2007 | C | C | P | 0 |
| HER | HIST16-PRE CIVIL WAR-LCC | 01-18-2007 | 07-05-2007 | C | C | P | 0 |
| HER | STAYING CLEAN (RPP6) | 03-29-2007 | 07-03-2007 | P | C | P | 24 |
| HER | BASIC MATH 1 (RPP6) | 05-15-2007 | 06-19-2007 | P | C | P | 10 |
| HER | CONVERATIONAL SPANISH (RPP6) | 02-03-2007 | 04-25-2007 | P | C | P | 20 |
| HER | GREEK MYTHOLOGY (RPP6) | 02-20-2007 | 04-14-2007 | P | C | P | 8 |
| HER | RESTAURANT OWNERSHIP (RPP3) | 02-12-2007 | 03-05-2007 | P | C | P | 12 |
| HER | WORLD RELIGIONS (RPP2) | 08-21-2006 | 12-19-2006 | C | C | P | 0 |
| HER | GENERAL PSYCH (RPP2) | 08-21-2006 | 12-19-2006 | C | C | P | 0 |
| HER | SPANISH 1 (RPP6) | 11-10-2006 | 01-29-2007 | P | C | P | 20 |
| HER | FITNESS/BODY COND. (RPP1) | 08-08-2006 | 08-08-2006 | P | C | P | 48 |
| HER | COMMUNICATION CLASS (RPP6) | 09-05-2006 | 09-12-2006 | P | C | P | 6 |
| HER | HEALTHY LIFESTYLES I (RPP1) | 06-12-2006 | 09-11-2006 | P | C | P | 30 |

D. COUNSELING PROGRAMS: Inmate Brown has participated and completed in Anger Management, Staying Clean and the 30-hour Drug Program.

E. INCIDENT REPORTS: Inmate Brown has not received any incident reports while at FCI Herlong.

   NO DISCIPLINARY INFRACTIONS INCURRED DURING THIS REPORTING TIME.

```
NAME:  BROWN, BRIAN K JR              REGNO: 15100-006

F.  INSTITUTIONAL MOVEMENT: (SENTRY WILL CAPTURE INMATE MOVEMENT)

INSTITUTION    ASSIGNMENT    REASON FOR MOVEMENT          EFFECTIVE DATE
HER            A-DES         US DISTRICT COURT COMMITMENT 06-14-2006
```

G.  PHYSICAL AND MENTAL HEALTH: Records indicate Brown has regular duty status with no medical restrictions. Inmate Brown should be considered employable within an institutional setting and upon release from custody. There are no indications of any current mental or emotional problems.

H.  PROGRESS ON FINANCIAL RESPONSIBILITY PLAN: At the time of sentencing, a $100 felony assessment was imposed in this case. **Inmate Brown has completed his financial obligations and is considered FRP Complete.**

```
FRP ASSIGNMENT                              START DATE
COMPLT         FINANC RESP-COMPLETED        10-16-2006
```

I.  RELEASE PREPARATION PROGRAM & RELEASE PLANS: Inmate Brown will be given the opportunity to participate in this program prior to his release from custody. Any courses completed between now and the time of his release will be counted toward his release preparation. This program consists of the following components: Health and Nutrition, Employment, Personal Finance/Consumer Skills, Information/Community Resources, Release Requirements and Procedures, and Personal Growth and Development. He will be considered for CCC Placement 11-13 months prior to his release from custody.

```
CMA ASSIGNMENT (REL PREP)                   START DATE
RPP NEEDS         RELEASE PREP PGM NEEDS    09-13-2006
```

PRE-RELEASE PREP DATE: __11-26-2018__

RESIDENCE:   Unavailable at this time

EMPLOYMENT:  Unavailable at this time

USPO: District of Alaska - USPO to be determined

J.  RELEASE NOTIFICATIONS:

OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B) DUE TO:
  CURRENT CONVICTION FOR A CRIME OF VIOLENCE
  CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

  18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY WITH SUPERVISION

IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(C) DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

  ( ) YES  (X) NO
  18 USC 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY

DNA TEST STATUS: NEED
  DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE

DICTATED BY: _[signature] RENO C - K. ROBL_    CASE MANAGER (DATE) 2/22/08

DATE TYPED: __2-22-2008__

REVIEWED BY: _[signature] RENO R. HOWARD-MUMFORD_    UNIT MANAGER (DATE) 2/22/08