F.C.I. Herlong, California

# DRUG EDUCATION

## CERTIFICATE OF COMPLETION

This certifies that

**Brian Brown**

has successfully completed the Drug Education class. On November 27, 2007 at the Federal Correctional Institution Herlong, California

L. Russell Ph.D.
DAP Coordinator

E. Longmore D.T.S.

Exhibit C - Part 1
Page 1 of 10

# Certification

**FCI HERL... DEPARTMENT**
**ADULT C... PROGRAM**

Has succe... ...ete the follow... ...e during the

## Vocab... ...pgrade

This certificate is hereby issued on the Twenty-ninth day of October 2007.

_____
A.C.E. COORDINATOR

_____
SUPERVISOR OF EDUCATION

Exhibit C - Part 1
Page 2 of 10



F.C.I. Herlong, California

# LIVING SOBER

## CERTIFICATE OF COMPLETION

This certifies that

**Brian Brown**

Has successfully completed the Living Sober Class.

May 31, 2007 at the Federal Correctional Institution
Herlong, California

L. Russell, Ph.D.
Acting DAPC / Staff Psychologist

E. Longmore
D.T.S.

Exhibit C - Part 1
Page 3 of 10



Exhibit C - Part 1
Page 4 of 10



F.C.I. Herlong, California

**ANGER MANAGEMENT**

CERTIFICATE OF COMPLETION

This certifies that

**Brian Brown**

Has successfully completed the Anger Management Class.

August 2, 2007 at the Federal Correctional Institution
Herlong, California

C. Mathieu, Ph.D.
Chief Psychologist

E. Longmore
D.T.S.

Exhibit C - Part 1
Page 5 of 10



Exhibit C - Part 1
Page 6 of 10

# Certification

**FCI HERL... ADULT CO...**
...RTMENT ...ROGRAM

Has successfully complete the following course during the ...Fall... 2007

**Business ... ...dership**

This certificate is hereby issued on the Twentieth day of September 2007.

_____
SUPERVISOR OF EDUCATION

_____
A.C.E. COORDINATOR

Exhibit C - Part 1
Page 7 of 10



*Brian Brown*

has successfully completed

*Staying Clean Without Soap*

Federal Correctional Institution
Herlong, California

July 3, 2007

E. Longmore
Drug Abuse Treatment Specialist

L. Russell, Ph.D.
Staff Psychologist/Acting DAPC

Exhibit C - Part 1
Page 8 of 10

# Mr. Brian Brown

has successfully completed

Ψ

## Communication Skills

Federal Correctional Institution
Herlong, California

September 12, 2006

_O. Shannon, DTS Instructor_
_Non-Residential Drug Abuse Program_

This certifies that

*Browm Brian*

is presented this Certificate of Recognition for Completion of Thirty Hours in

# HEALTHY LIFESTYLE I

from the

## Recreation Department

September 11, 2006
Date

**FCI/FPC HERLONG**



_E. Fuentes_, Sports Specialist

Exhibit C - Part 1
Page 10 of 10