# Certification

**FCI HERLONG EDUCATION DEPARTMENT**
**ADULT CONTINUING EDUCATION PROGRAM**

Has successfully complete the following course during the Spring Quarter

## Conversational Spanish

This certificate is hereby issued on the First day of May 2007.

_____
SUPERVISOR OF EDUCATION

_____
A.C.E. COORDINATOR

Exhibit C - Part 2
Page 11 of 20



Exhibit C - Part 2
Page 12 of 20

# Certification

**FCI HERLONG EDUCATION DEPARTMENT**
**ADULT CONTINUING EDUCATION PROGRAM**

Has successfully complete the following course during the 2007 Spring Quarter

## Restaurant Ownership

This certificate is hereby issued this Fourteenth day of March 2007.

_____
SUPERVISOR OF EDUCATION

_____
A. C. E. COORDINATOR

Exhibit C - Part 2
Page 13 of 20

# Certificate of Certification

**FCI HERLONG EDUCATION DEPARTMENT**
**ADULT CONTINUING EDUCATION PROGRAM**

Certifies that

*Brian Brown*

Has successfully complete the following course during the
2006 Fall Quarter

**Spanish I**

This certificate is hereby issued this Twenty-eighth day of January 2007.

_____
SUPERVISOR OF EDUCATION

_____
A. C. E. COORDINATOR

Exhibit C - Part 2
Page 14 of 20



Certificate of Achievement

BRIAN BROWN

For recognition of completing

250 POINTS

In the Accelerated Reader Program

YOU DID IT!
HERLONG, CALIFORNIA

Exhibit C - Part 2
Page 15 of 20



Exhibit C - Part 2
Page 16 of 20



Exhibit C - Part 2
Page 17 of 20



# Certificate of Achievement

This certifies that

## Brian Brown

has successfully completed Microsoft Word, Excel & PowerPoint vocational training at FCI Herlong

This certificate is hereby issued this 19th day of June, 2008

P. Hanson, Supervisor of Education

M. Erhardt, VT Instructor

Exhibit C - Part 2
Page 18 of 20

# Certificate of Achievement

This certifies that

BRIAN BROWN

has satisfactorily completed

CHESS CLASS

Consisting of __10__ Hours of Training

This certificate is hereby issued this __15TH__ day of __JANUARY__, 20 __08__.

Exhibit C - Part 2
Page 19 of 20



Exhibit C - Part 2
Page 20 of 20