IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRIAN K. BROWN, JR.,<br><br>　　　　Defendant. | Case No. 3:05-cr-00005-01-JWS<br><br>ORDER DIRECTING<br><u>SERVICE AND RESPONSE</u> |

　　　　On August 18, 2008, Brian K. Brown, through Assistant Federal Public Defender, Kevin McCoy, filed a motion for re-sentencing under 18 U.S.C. § 3582(c), in light of the new Sentencing Guidelines with respect to "crack" cocaine.[1]

　　　　**IT IS THEREFORE ORDERED that:**

1.　　If Mr. Brown wishes to be represented by Assistant Federal Public Defender Kevin McCoy in this matter, he must file a motion for court-appointed counsel, with a financial affidavit, on or before **September 18, 2008**.

---

　　　　[1] *See* Docket Nos. 49, 50; *see also* *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing <u>Amendments to the Sentencing Guidelines for United States Courts</u>, 72 Fed.Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized [under]18 U.S.C.A. § 3582(c) (2)").

2. The Clerk of Court is directed to send this Court's form USDCA 40, Application for Appointment of Counsel, and a form CJA 23, Financial Affidavit, to Mr. Brown, through Kevin McCoy, with a copy of this Order.

3. The Clerk shall make sure that the United States Attorney has been served with a copy of the motion for re-sentencing and supporting documents, at docket numbers 48 - 50.

4. The Government is permitted to file a response within 60 days from the date of this Order.

5. Counsel for defendant may file a reply within thirty days of the filing of the response.

DATED this 19th day of August, 2008, at Anchorage, Alaska.

/s/ JOHN W. SEDWICK
United States District Judge