Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BRIAN KEITH BROWN, JR.,<br><br>　　　　　Defendant. | NO.    3:05-cr-00005-JWS<br><br>**NOTICE TO DISCONTINUE ELECTRONIC SERVICE** |

　　　　Kevin F. McCoy hereby notifies the Court that he is no longer an active participant in *United States v. Brian Keith Brown, Jr.*, Case No. 3:05-cr-00005-JWS, and hereby authorizes the Clerk's Office to terminate service of all future documents filed in this case.

　　　　DATED at Anchorage, Alaska this 27th day of August 2008.

　　　　　　　　Respectfully submitted,

　　　　　　　　s/Kevin F. McCoy
　　　　　　　　Assistant Federal Defender
　　　　　　　　550 West 7th Avenue, Suite 1600
　　　　　　　　Anchorage, AK 99501
　　　　　　　　Phone:　　　907-646-3400
　　　　　　　　Fax:　　　　907-646-3480
　　　　　　　　E-Mail:　　　kevin_mccoy@fd.org

Certification:
I certify that on August 27, 2008,
a copy of the *Notice to Discontinue Electronic Service* was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567
E-Mail: Frank.Russo@usdoj.gov

s/Kevin F. McCoy