Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN KEITH BROWN, JR.,<br><br>Defendant. | NO.   3:05-cr-00005-JWS<br><br>**NOTICE OF FILING DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL AND FINANCIAL AFFIDAVIT** |

Defendant BRIAN KEITH BROWN, JR., by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby gives notice of filing the attached *Motion for Appointment of Counsel* (Exhibit A), and his *Financial Affidavit* (Exhibit B).

DATED at Anchorage, Alaska this 5th day of September 2008.

Respectfully submitted,

s/Mary C. Geddes
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:        907-646-3400
Fax:           907-646-3480
E-Mail:        mary_geddes@fd.org

Certification:
I certify that on September 5, 2008,
a copy of the *Notice of Filing Defendant's Motion for Appointment of Counsel and Financial Affidavit* was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567
E-Mail: Frank.Russo@usdoj.gov

s/Mary C. Geddes