Brian K. Brown Jr.
Reg. No. 15100-006
FCI Herlong
P.O. Box 800
Herlong, CA 96113

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:05-cr-00005-JWS |
|---|---|
| Plaintiff/Petitioner, | |
| vs. | **MOTION FOR APPOINTMENT OF COUNSEL** |
| BRIAN KEITH BROWN JR., | |
| Defendant/Respondent. | |

Defendant Brian K. Brown Jr. moves this court for appointment of counsel. Brian Brown makes this request for the reason that he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit attached hereto.

Dated: 8-20-08

_____
Brian K. Brown Jr.
Defendant

Exhibit A - Page 1 of 1

Form USDCA 40