IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRIAN K. BROWN, JR.,<br><br>　　　　Defendant. | Case No. 3:05-cr-00005-JWS-1<br><br>ORDER APPOINTING COUNSEL |

On September 5, 2008, counsel for Brian K. Brown, Jr. filed a notice of the filing of Mr. Brown's motion for appointment of counsel, for the purposes of re-sentencing under 18 U.S.C. § 3582(c), as requested by the Court in its Order Directing Service and Response.[1]

IT IS THEREFORE ORDERED that:

1. Mr. Brown's motion for appointment of counsel is GRANTED. Assistant Federal Public Defender for the District of Alaska, Mary Geddes, is appointed to represent Mr. Brown in this matter.

---

[1] *See* Docket Nos. 51, 54.

DATED this 10th day of September, 2008, at Anchorage, Alaska.

/s/ JOHN W. SEDWICK
United States District Judge